**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-CV-00195-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

　　　　On June 1, 2022, Plaintiff filed an emergency motions for temporary restraining order and preliminary injunction. (ECF No. 11, 12.) After the entry of the screening order, (ECF No. 16), the Court ordered Defendants to file an opposition to these motions by on or before Monday, August 15, 2022. (ECF No. 22.) Defendants did not file any response to either motion by this date.

　　　　The Court will *sua sponte* grant Defendant's one extension of time to **Tuesday, August 23, 2022,** to file an opposition or response to these motions. If an opposition or response if filed, any reply shall be filed on or before **Tuesday, August 30, 2022.** However, if Defendants fail to file any opposition or response to these motions, the motions will be submitted to the Court for decision as unopposed.

　　　　**IT IS SO ORDERED.**

　　　　DATED: August 16, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**