UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-CV-00195-MMD-CLB<br><br>**ORDER DENYING MOTION FOR COPY OF ECF NO. 46**<br><br>[ECF No. 48] |

Pending before the Court is Plaintiff Skyler James Fowler's ("Fowler") motion for a copy of ECF No. 46, (ECF No. 48). ECF No. 46 is a Sealed Notice of Last Known Address of Defendant Roger Terance. For safety and security, this personal information will not be provided to Fowler but will be forwarded to the U.S. Marshal with a summons in Defendant Terance's name. Accordingly, this document will not be unsealed and sent to Fowler. The motion, (ECF No. 48), is **DENIED.**

**IT IS SO ORDERED.**

**DATED**: September 15, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**