# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SKYLER JAMES FOWLER, | Case No. 3:22-CV-00195-MMD-CLB |
| Plaintiff, | **ORDER RE: SERVICE OF PROCESS** |
| v. | |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

The Office of the Attorney General did not accept service of process on behalf of Roger Terance. (ECF No. 45.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 46.)

Accordingly, the Clerk shall ISSUE a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 46.) The Clerk shall also SEND sufficient copies of the amended complaint, (ECF No. 18), the screening order, (ECF No. 16), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by November 9, 2022, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**:  September 15, 2022 .

UNITED STATES MAGISTRATE JUDGE