**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SKYLAR JAMES FOWLER,<br><br>                    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                    Defendants. | Case No. 3:22-CV-00195-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>[ECF Nos. 70, 71, 72, 83] |

On February 3, 2023, Plaintiff Skylar James Fowler ("Fowler") filed motions for temporary restraining order and preliminary injunction. (ECF Nos. 70, 71.) Shortly thereafter, on February 10, 2023, Fowler also filed a motion to correct exhibits to these motions. (ECF No. 72.) On March 20, 2023, Fowler moved to withdraw the motions for injunctive relief, ECF Nos. 70, 72. (ECF No. 83.) Therefore, the Court grants Fowler's motion to withdraw ECF Nos. 70 and 71 and these motions are deemed withdrawn. In addition, Fowler's motion to correct the exhibits to these motions, (ECF No. 72), is denied as moot.

**IT IS SO ORDERED.**

**DATED**: March 20, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**