**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>                            Plaintiff,<br><br>      v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                            Defendants. | Case No. 3:22-CV-00195-MMD-CLB<br><br>**ORDER GRANTING MOTION TO RECONSIDER REPORT AND RECOMMENDATION**<br><br>[ECF No. 119] |

Before the Court is Plaintiff Skyler James Fowler's ("Fowler") motion to reconsider a report and recommendation related to Fowler's motion for default judgment. (ECF No. 119).

A motion to reconsider must set forth the following: (1) some valid reason why the court should revisit its prior order; and (2) facts or law of a "strongly convincing nature" in support of reversing the prior decision. *Frasure v. United States*, 256 F. Supp. 2d 1180, 1183 (D. Nev. 2003). Reconsideration may be appropriate if (1) the court is presented with newly discovered evidence, (2) has committed clear error, or (3) there has been an intervening change in controlling law. *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS*, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993); *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). A motion for reconsideration is properly denied where it presents no new arguments. *See Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). However, it "may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." *Kona Enters., Inc.*, 229 F.3d at 890. As the case law indicates, motions to reconsider are granted rarely. *See, e.g., School Dist. No. 1J*, 5 F.3d at 1263.

Fowler's motion for reconsideration asks that the Court reconsider its report and recommendation regarding Fowler's motion for default and specifically that the Court address his request for fees. (ECF No. 119). The Court has reviewed Fowler's motion to reconsider and finds that it did commit error by not addressing Fowler's request for costs

in the original report and recommendation. Accordingly, Fowler's motion for reconsideration, (ECF No. 119), is **GRANTED**. The Court **WITHDRAWS** its prior report and recommendation, (ECF No. 118), and will reissue an amended report and recommendation, which addresses Fowler's request for costs.

**DATED**: November 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE