1 | AARON D. FORD
  |   Attorney General
2 | MARK HACKMANN, Bar No. 16704
  |   Deputy Attorney General
3 | State of Nevada
  | Office of the Attorney General
4 | 100 N. Carson Street
  | Carson City, Nevada 89701-4717
5 | Tel: (775) 684-1227
  | E-mail: mhackmann@ag.nv.gov
6 |
7 | *Attorneys for Defendants Charles Daniels,*
  | *Kara LeGrand, Dana Marks,*
8 | *and Michael Minev*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| SKYLER JAMES FOWLER, | Case No. 3:22-cv-00195-MMD-CLB |
|---|---|
| Plaintiff, | ORDER GRANTING |
| v. | STIPULATION AND ORDER TO DISMISS |
| STATE OF NEVADA, *et al.*, | WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants Charles Daniels, Kara LeGrand, Dana Marks, and Michael Minev, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackman, Deputy Attorney General, and Skyler James Fowler, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this ____ day of February 2025.    DATED this 7th day of February 2025.

                                                          AARON D. FORD
                                                          Attorney General

_____    /s/Mark M. Hackmann
Skyler James Fowler,             Mark M. Hackmann, (Bar No. 16704)
*Plaintiff*                       *Attorneys for Defendant*

IT IS SO ORDERED:

DATED this 21st day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2